# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 23-19392-BKC-LMI

PROCEEDING UNDER CHAPTER 13

IN RE:

DAYSI AVILA

DEBTOR_____/

## NOTICE OF DELINQUENCY

   **PLEASE TAKE NOTICE** the above-referenced Debtor is delinquent in Confirmed Chapter 13 Plan Payments in the amount of **$445.97**.

   The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only. Payments must be sent to:

   NANCY K. NEIDICH, ESQUIRE
   STANDING CHAPTER 13 TRUSTEE
   P.O. BOX 2099
   MEMPHIS, TN  38101-2099

   If the Chapter 13 Trustee ("Trustee") does not receive all payments by **August 5, 2024** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

   As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed without further notice or hearing.

   **I HEREBY CERTIFY** that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 21st day of June 2024.

   /s/ Nancy K. Neidich_____
   NANCY K. NEIDICH, ESQUIRE
   STANDING CHAPTER 13 TRUSTEE
   P.O. BOX 279806
   MIRAMAR, FL  33027-9806

NOTICE OF DELINQUENCY
CASE NO.: 23-19392-BKC-LMI

## SERVICE LIST

### COPIES FURNISHED TO:

### DEBTOR
DAYSI AVILA
15861 NW 52 AVE APT 308
HIALEAH, FL  33014

### ATTORNEY FOR DEBTOR
JOSE BLANCO, ESQUIRE
102 E 49TH ST
HIALEAH, FL  33013